FILED

2025 Aug-05  PM 02:08
PFE/SMJ: AUG 2025
HBO GJ # N

U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No.** |
| | ) | |
| **JEREMIAH DESHAUN PORTER, and** | ) | |
| **JOSHUA JACQUES WHITT, JR.,** | ) | |
| *a/k/a "Jmoney",* | ) | |
| | ) | |
| **Defendants.** | ) | |

## INDICTMENT

The Grand Jury charges that:

## INTRODUCTION

At all times material to this indictment:

1.    Defendants **JEREMIAH DESHAUN PORTER** and **JOSHUA JACQUES WHITT, JR.,** *a/k/a "Jmoney",* were individuals residing in the Huntsville, Alabama area, within the Northern District of Alabama.

2.    Redstone Pawn was a federally licensed firearms dealer with a retail store located in Huntsville, Alabama.  Redstone Pawn maintains a selection of firearms and ammunition for sale at its store.

3.    "Federal Form 4473" is a Firearms Transaction Record required by the Bureau of Alcohol, Tobacco, Firearms and Explosives to be completed when a

person proposes to purchase or transfer a firearm from a federally licensed firearms dealer.

**COUNT ONE:**
**Conspiracy**
**[18 U.S.C. § 371]**

4.      Paragraphs 1 through 3 of this Indictment are hereby re-alleged and incorporated by reference as though fully set forth herein.

5.      Beginning on or about December 22, 2023 and continuing through on or about December 18, 2024, in Madison County, within the Northern District of Alabama, and elsewhere, the defendants,

**JEREMIAH DESHAUN PORTER, and**
**JOSHUA JACQUES WHITT, JR., *a/k/a "Jmoney"*,**

did knowingly and willfully conspire, combine, and agree to commit offenses against the United States, that is, to devise and intend to devise a scheme and artifice to make false and fictitious written statements intended and likely to deceive federally licensed firearms dealers with respect to a fact material to the lawfulness of the sale and disposition of a firearm, in violation of Title 18, United States Code, Section 922(a)(6), all in violation of Title 18, United States Code, Section 371.

**OBJECT OF CONSPIRACY**

6.      It was an object of the conspiracy that PORTER and WHITT would fraudulently obtain firearms using false and fictitious written statements on multiple

2

Federal Form 4473s to deceive Redstone Pawn into transferring firearms to PORTER who would then provide the firearms to WHITT.

## MANNER AND MEANS OF THE CONSPIRACY

To further the objects and goals of the conspiracy, conspirators used the following manner and means:

7.     It was part of the conspiracy that WHITT would provide PORTER with U.S. currency to purchase firearms from Redstone Pawn.

8.     It was also a part of the conspiracy that PORTER would conceal from Redstone Pawn that WHITT was the actual purchaser of the firearms.

9.     It was also a part of the conspiracy that after PORTER had obtained firearms from Redstone Pawn, he would provide them to WHITT.

10.    It was also a part of the conspiracy that WHITT paid PORTER U.S. currency for procuring firearms on his behalf.

## OVERT ACTS

In furtherance of the conspiracy, the following overt acts were committed by conspirators, within the Northern District of Alabama, and elsewhere:

11.    On or about April 5, 2024, PORTER used U.S. currency provided by WHITT to purchase a Radical Firearms AR pistol from Redstone Pawn.  On the Federal Form 4473 for the purchase, PORTER indicated he was the actual buyer of the firearm.  PORTER delivered the firearm to WHITT that same day.

12.    On or about May 10, 2024, PORTER used U.S. currency provided by WHITT to purchase a Glock 23 Gen 5 pistol from Redstone Pawn.  On the Federal Form 4473 for the purchase, PORTER indicated he was the actual buyer of the firearm.  PORTER delivered the firearm to WHITT that same day.

13.    On or about July 6, 2024, PORTER used U.S. currency provided by WHITT to purchase an American Tactical GOMX300MP4BCC pistol from Redstone Pawn.  On the Federal Form 4473 for the purchase, PORTER indicated he was the actual buyer of the firearm.  PORTER delivered the firearm to WHITT that same day.

14.    On or about September 11, 2024, PORTER used U.S. currency provided by WHITT to purchase a Pioneer Arms HellPup AK-0031C pistol from Redstone Pawn.  On the Federal Form 4473 for the purchase, PORTER indicated he was the actual buyer of the firearm.  PORTER delivered the firearm to WHITT that same day.

15.    On or about October 5, 2024, PORTER used U.S. currency provided by WHITT to purchase a Glock 19X pistol from Redstone Pawn.  On the Federal Form 4473 for the purchase, PORTER indicated he was the actual buyer of the firearm.  PORTER delivered the firearm to WHITT that same day.

16.    On or about October 18, 2024, PORTER used U.S. currency provided by WHITT to purchase a Taurus 24/7 G2 pistol from Redstone Pawn.  On the Federal

Form 4473 for the purchase, PORTER indicated he was the actual buyer of the firearm. PORTER delivered the firearm to WHITT that same day.

17.    On or about October 24, 2024, PORTER used U.S. currency provided by WHITT to purchase a Romarm Mini Draco pistol from Redstone Pawn. On the Federal Form 4473 for the purchase, PORTER indicated he was the actual buyer of the firearm. PORTER delivered the firearm to WHITT that same day.

18.    On or about October 26, 2024, PORTER used U.S. currency provided by WHITT to purchase a Smith & Wesson M&P 9 M2.0 pistol from Redstone Pawn. On the Federal Form 4473 for the purchase, PORTER indicated he was the actual buyer of the firearm. PORTER delivered the firearm to WHITT that same day.

19.    On or about December 5, 2024, PORTER used U.S. currency provided by WHITT to purchase a Taurus G3C pistol from Redstone Pawn. On the Federal Form 4473 for the purchase, PORTER indicated he was the actual buyer of the firearm. PORTER delivered the firearm to WHITT that same day.

20.    On or about December 18, 2024, PORTER used U.S. currency provided by WHITT to purchase a Radical Firearms RF-15 pistol from Redstone Pawn. On the Federal Form 4473 for the purchase, PORTER indicated he was the actual buyer of the firearm. PORTER delivered the firearm to WHITT that same day.

All in violation of Title 18, United States Code, Section 371.

5

**COUNTS TWO through ELEVEN:**
**Making a False Statement During the Purchase of a Firearm**
**[18 U.S.C. §§ 922(a)(6) and 924(a)(2)]**

21.    Paragraphs 1 through 3 of this Indictment are hereby re-alleged and incorporated by reference as though fully set forth herein.

22.    On or about the date specified below for each Count, in Madison County, within the Northern District of Alabama, the defendant,

**JEREMIAH DESHAUN PORTER,**

in connection with the acquisition of a firearm as specified below for each Count, from Redstone Pawn, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious oral and written statement to an employee of Redstone Pawn, which statement was intended and likely to deceive Redstone Pawn, as to a fact material to the lawfulness of such sale and acquisition of the said firearm to the defendant under Chapter 44 of Title 18, in that PORTER did execute a Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearm Transaction Record, to the effect that he was the actual buyer of the firearm indicated on Form 4473, when in fact as defendant PORTER then knew, he was not the actual buyer of the firearm.

| Count | Date | Firearm |
|---|---|---|
| 2 | 4/5/2024 | Radical Firearms AR pistol |
| 3 | 5/10/2024 | Glock 23 Gen 5 pistol |
| 4 | 7/6/2024 | American Tactical GOMX300MP4BCC pistol |
| 5 | 9/11/2024 | Pioneer Arms HellPup AK-0031C pistol |
| 6 | 10/5/2024 | Glock 19X pistol |

| 7  | 10/18/2024 | Taurus 24/7 G2 pistol |
| 8  | 10/24/2024 | Romarm Mini Draco pistol |
| 9  | 10/26/2024 | Smith & Wesson M&P 9 M2.0 pistol |
| 10 | 12/5/2024  | a Taurus G3C pistol |
| 11 | 12/18/2024 | a Radical Firearms RF-15 pistol |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

_/s/ electronic signature_
FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney


_/s/ electronic signature_
SARA M. JUDAH
Assistant United States Attorney