FILED

2026 May-29  AM 11:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **5:25-cr-446-CLM-HNJ-1** |
| **JEREMIAH DESHAUN PORTER,**<br>Defendant. | |

## <u>ORDER</u>

Please read this order carefully.

On April 30, 2026, the United States Magistrate Judge entered a report and recommendation concerning the defendant's plea of guilty (Doc. 37), to which the parties have not filed objection to the recommendation.

Accordingly, it is ORDERED that the magistrate judge's recommendation (Doc. 37) is adopted, the court accepts the defendant's plea of guilty as to counts 1-11 of the indictment, and the defendant is adjudged guilty of these offenses.

It is further ORDERED as follows:

The court sets a sentencing hearing for Defendant Jeremiah Deshaun Porter on **October 22, 2026 at 9:30 a.m.** United States Courthouse, Huntsville, AL.

Federal Rule of Criminal Procedure 32(F) requires that within 14 days of receiving the presentence report from the Probation Office, the parties communicate in writing to the probation officer, and to each other, any objections to the presentence report. In accordance with that Rule, the court **ORDERS** that the parties file such objections with the Clerk of Court. If the defendant intends to waive the 35-day disclosure

requirement under Fed. R. Crim. Proc. 32(e)(2), the parties must file written objections within a reasonable time before sentencing for consideration by the court.

In the absence of exceptionally good cause, the court will not consider objections or any other filings filed after **12:00 PM on Friday, October 16, 2026**.

**Done** and **Ordered** on May 29, 2026.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE